IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MC ERLAIN, | No. C-13-3232 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS** |
| v. | |
| PARK PLAZA TOWERS OWNERS ASSOCIATION, et al., | |
| Defendants. | |

On September 5, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

1. Plaintiff is DIRECTED to submit a chambers copy of his First Amended Complaint, filed July 16, 2013.

2. Defendants are DIRECTED to submit a chambers copy of their Answer, filed August 29, 2013.

**IT IS SO ORDERED.**

Dated: September 11, 2013

MAXINE M. CHESNEY
United States District Judge