IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MC ERLAIN,<br><br>  Plaintiff,<br><br>  v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>  Defendants. | No. C-13-3232 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS** |

On September 5, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

1. Plaintiff is DIRECTED to submit a chambers copy of his First Amended Complaint, filed July 16, 2013.

2. Defendants are DIRECTED to submit a chambers copy of their Answer, filed August 29, 2013.

**IT IS SO ORDERED.**

Dated: September 11, 2013

MAXINE M. CHESNEY
United States District Judge