IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MCERLAIN,<br><br>    Plaintiff,<br><br>  v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>    Defendants. | No. C-13-3232 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO STRIKE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION** |

On October 4, 2013, defendants filed in the above-titled case a "Special Anti-Slapp Motion to Strike Second, Third, Fourth and Fifth Causes of Action of Plaintiff's Amended Complaint," which motion is noticed for hearing December 6, 2013. On December 2, 2013, defendants filed in related case <u>Nancy McErlain v. Park Plaza Towers Owners Ass'n, et al.</u>, Case No. 13-4384 MMC, a "Special Anti-Slapp Motion to Strike Second, Third, and Fourth Causes of Action of Plaintiff's Complaint," which motion is noticed for hearing January 3, 2014.

Because the two motions to strike raise substantially similar issues, the Court, in the interests of judicial economy, hereby CONTINUES the hearing on the motion to strike filed in the above-titled case from December 6, 2013 to January 3, 2014.

**IT IS SO ORDERED.**

Dated: December 3, 2013

_____
MAXINE M. CHESNEY
United States District Judge