SHARON GLENN PRATT (SBN 121947)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 369-0800
Fax:  (408) 369-0752
spratt@prattattorneys.com

Attorneys for Plaintiff
NANCY McERLAIN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NANCY McERLAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, DAVID BEHLING, BEHLING PROPERTY MANAGEMENT CORPORATION, and DOES 1 through 30, Inclusive,<br><br>　　　　　Defendants. | RELATED ACTIONS<br><br>CASE NO.  C-13-03232 MMC<br><br>CASE NO.  C-13-04384 MMC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' ANTI-SLAPP MOTIONS |

　　　　Pursuant to L.R. 6-2 and the Honorable Maxine Chesney's Standing Order, Plaintiffs Nancy McErlain and Patrick McErlain (collectively "Plaintiffs") and all Defendants in the above-captioned cases submit this Joint Stipulation and Proposed Order to continue the hearing date currently set for December 6, 2013 at 9:00 a.m., in courtroom 7 before the Honorable Maxine Chesney on Defendants' Special Anti-SLAPP Motion to Strike filed in the case of <u>Patrick McErlain v. Park Plaza Towers Owners Association, et al</u>., Case No. C-13-03232 MMC.  Plaintiff Patrick McErlain's counsel, Robert Howie, is unavailable as he is expected to be in trial in San Jose this entire week of December 2nd-6th and continuing through mid-December.  Furthermore, on December 2, 2013, Defendants filed a Special Anti-SLAPP Motion to Strike in the related case of <u>Nancy McErlain v. Park Plaza Towers Owners Association, et al</u>., Case No. C-13-04384, which is noticed to be heard

1  on January 3, 2014, a date on which Judge Chesney is unavailable.

2  The parties herein, by and through their counsel, are in agreement to have both Motions heard on **January 24, 2014**, at 9:00 a.m., in courtroom 7, before the Honorable Maxine Chesney. Counsel herein are also in agreement on the proposed briefing schedule relating to Defendants' Special Anti-SLAPP Motion to Strike filed in the case of <u>Nancy McErlain v. Park Plaza Towers Owners Association, et al</u>., Case No. C-13-04384:

Plaintiff's opposition papers shall be filed and served on **January 7, 2014.**

Defendants' reply papers shall be filed and served on **January 14, 2014**.

Dated:  December 3, 2013          PRATT & ASSOCIATES

By: __/s/ *Sharon Glenn Pratt*_____
    SHARON GLENN PRATT
    PRATT & ASSOCIATES
    1871 The Alameda, Suite 425
    San Jose, CA  95126
    Telephone:  (408) 369-0800
    Fax:  (408) 369-0752
    spratt@prattattorneys.com

    Attorneys for Plaintiff NANCY McERLAIN

Dated:  December 3, 2013          HOWIE & SMITH, LLP

By: __/s/ *Robert Howie, Jr.*_____
    ROBERT HOWIE, JR.
    HOWIE & SMITH, LLP
    1777 Borel Place, Suite 1000
    San Mateo, CA 94402
    Telephone:  (650) 685-9300
    Fax: (650) 685-3967
    showie@howielaw.com

    Attorney for Plaintiff
    PATRICK JOHN MCERLAIN

Dated:  December 3, 2013          MICHAEL B. ALLEN LAW GROUP, INC.

By: __/s/ Grant H. Baker_____
    GRANT H. BAKER
    MICHAEL B. ALLEN LAW GROUP, INC.
    520 South El Camino Real, Suite 840
    San Mateo, CA  94402
    Telephone: (650) 347-5000
    Fax: (650) 340-6350
    grant@mballenlaw.com

Attorney for all Defendants

### [~~PROPOSED~~] ORDER

Good cause appearing therefor, **PURSUANT TO STIPULTION, IT IS SO ORDERED.**

Dated:  December 4, 2013



Hon. Maxine M. Chesney
United States District Judge

### ATTESTATION

In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

    _/s/ Sharon Glenn Pratt_____
    SHARON GLENN PRATT

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on December 3, 2013 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6, by use of the Court's ECF system.

    _/s/ Sharon Glenn Pratt_____
    SHARON GLENN PRATT