IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MCERLAIN,<br><br>   Plaintiff,<br><br>   v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>   Defendants. | No. C-13-3232 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO STRIKE SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION** |

   Before the Court is the "Special Anti-Slapp Motion to Strike Second, Third, Fourth and Fifth Causes of Action of Plaintiff's Amended Complaint," filed by defendants on October 4, 2013.  Plaintiff Patrick John McErlain has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for January 24, 2014.

   **IT IS SO ORDERED.**

Dated: January 22, 2014

MAXINE M. CHESNEY
United States District Judge