1   Natalie P. Vance, Bar No. 206708
2   Lindsey N. Heaton, Bar No. 269688
    KLINEDINST PC
3   801 K Street, Suite 2100
    Sacramento, California  95814
4   (916) 444-7573/FAX (916) 444-7544
    nvance@klinedinstlaw.com
5   lheaton@klinedinstlaw.com

6   Attorneys for Defendants
    PARK PLAZA TOWERS OWNERS
7   ASSOCIATION, JOSEPH SCHREURS,
    CYNTHIA SCHREURS, LADONNA
8   HORWITZ, NYLA STARR, JULIE ROBLES,
    TRACY FALLON, NORMA BERLINER-
    SALTZ, TIM HO, DENNIS GALE, DAVID
9   BEHLING, and BEHLING PROPERTY
    MANAGEMENT CORPORATION

*KLINEDINST PC*
*801 K STREET, SUITE 2100*
*SACRAMENTO, CALIFORNIA 95814*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MC ERLAIN, | Case No.       3:13-CV-3232-MCC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PARK PLAZA TOWERS OWNERS ASSOCIATION, JOSEPH SCHREURS, CYNTHIA SCHREURS, LADONNA HORWITZ, NYLA STARR, JULIE ROBLES, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE, DAVID BEHLING, AND BEHLING PROPERTY MANAGEMENT CORPORATION** AND ORDER THEREON |
| v. | |
| PARK PLAZA TOWERS OWNERS ASSOCATION, JOSEPH SCHREURS, LADONNA HORWITZ, NYLA STARR, SHERRY BERENSTEIN, JULIE ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE, DAVID BEHLING, BEHLING PROPERTY MANAGEMENT CORPORATION, a California corporation, and Does One through Fifty, | Courtroom:     7<br>Judge:          Maxine M. Chesney<br>Complaint Filed:   7/16/2013<br>Trial Date:     2/19/2015 |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE THAT Defendants, PARK PLAZA TOWERS OWNERS

ASSOCATION, JOSEPH SCHREURS, LADONNA HORWITZ, NYLA STARR, JULIE

- 1 -

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1   ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM

2   HO, DENNIS GALE, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT

3   CORPORATION, hereby make the following substitution:

4       1.   Former legal representative:  Grant H. Baker, Esq., Michael B. Allen Law Group,

5   Inc., 520 South El Camino Real, Ste. 840, San Mateo, CA 94402, (650) 347-5000 (telephone),

6   (650) 340-6350 (facsimile), grant@mballenlaw.com (email); and

7       2.   New legal representative:  Natalie P. Vance, Esq. and Lindsey N. Heaton, Esq.,

8   Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

9   (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

10   (email).

11       The undersigned consent to the substitution and certify that this substitution will not

12   delay the proceedings in this matter:

13

14               PARK PLAZA TOWERS OWNERS ASSOCATION

15   Dated: ~~June~~ July 1, 2014

16               By: _Steve Starr_

                   Defendant, Ho Apresident

18

19   Dated: June    , 2014

20               JOSEPH SCHREURS
               Defendant

21

22   Dated: June    , 2014

23               LADONNA HORWITZ
               Defendant

24

25

26   Dated: June    , 2014

27               NYLA STARR
               Defendant

28

- 2 -

1  ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM

2  HO, DENNIS GALE, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT

3  CORPORATION, hereby make the following substitution:

4      1.      Former legal representative:  Grant H. Baker, Esq., Michael B. Allen Law Group,

5  Inc., 520 South El Camino Real, Ste. 840, San Mateo, CA 94402, (650) 347-5000 (telephone),

6  (650) 340-6350 (facsimile), grant@mballenlaw.com (email); and

7      2.      New legal representative:  Natalie P. Vance, Esq. and Lindsey N. Heaton, Esq.,

8  Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

9  (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

10  (email).

11      The undersigned consent to the substitution and certify that this substitution will not

12  delay the proceedings in this matter:

13

14                      PARK PLAZA TOWERS OWNERS
                       ASSOCATION

15

16  Dated: June      , 2014          By: _____
                                        Defendant

17

18  Dated: June 25, 2014

19                                      _____
                                       JOSEPH SCHREURS
20                                      Defendant

21

22

23  Dated: June      , 2014          _____
                                     LADONNA HORWITZ
24                                   Defendant

25

26

27  Dated: June      , 2014          _____
                                     NYLA STARR
28                                   Defendant

- 2 -

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1  ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM

2  HO, DENNIS GALE, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT

3  CORPORATION, hereby make the following substitution:

4      1.      Former legal representative:  Grant H. Baker, Esq., Michael B. Allen Law Group,

5  Inc., 520 South El Camino Real, Ste. 840, San Mateo, CA 94402, (650) 347-5000 (telephone),

6  (650) 340-6350 (facsimile), grant@mballenlaw.com (email); and

7      2.      New legal representative:  Natalie P. Vance, Esq. and Lindsey N. Heaton, Esq.,

8  Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

9  (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

10  (email).

11     The undersigned consent to the substitution and certify that this substitution will not

12  delay the proceedings in this matter:

13

14                                    PARK PLAZA TOWERS OWNERS
                                       ASSOCATION

15

16  Dated: June     , 2014                By: _____
                                             Defendant

17

18

19  Dated: June     , 2014                _____

20                                        JOSEPH SCHREURS
                                          Defendant

21

22

23  Dated: June 23 , 2014                 _____
                                          LADONNA HORWITZ

24                                        Defendant

25

26

27  Dated: June 21 , 2014                 _____
                                          NYLA STARR

28                                        Defendant

- 2 -

1

2

3   Dated: June      , 2014

4                                               _____
                                                JULIE ROBLES
5                                               Defendant

6

7   Dated: June 25 , 2014

8                                               _____
                                                CYNTHIA SCHREURS
9                                               Defendant

10

11  Dated: June      , 2014

12                                              _____
                                                TRACY FALLON
13                                              Defendant

14

15  Dated: June      , 2014

16                                              _____
                                                NORMA BERLINER-SALTZ
17                                              Defendant

18

19  Dated: June      , 2014

20                                              _____
                                                TIM HO
21                                              Defendant

22

23  Dated: June      , 2014

24                                              _____
                                                DENNIS GALE
25                                              Defendant

26  / / /

27  / / /

28  / / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 3 -

1

2

3    Dated: June      , 2014                         _____
                                                     JULIE ROBLES
4                                                    Defendant

5

6

7    Dated: June      , 2014                         _____
                                                     CYNTHIA SCHREURS
8                                                    Defendant

9

10

11   Dated: June      , 2014                         _____
                                                     TRACY FALLON
12                                                   Defendant

13

14

15   Dated: June 23 , 2014                           _____
                                                     NORMA BERLINER-SALTZ
16                                                   Defendant

17

18

19   Dated: June      , 2014                         _____
                                                     TIM HO
20                                                   Defendant

21

22

23   Dated: June 23 , 2014                           _____
                                                     DENNIS GALE
24                                                   Defendant

25

26   / / /

27   / / /

28   / / /

- 3 -

SUBSTITUTION OF ATTORNEYS
3:13-CV-3232-MCC

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

Dated: June 30, 2014

_____
DAVID BEHLING
Defendant


BEHLING PROPERTY MANAGEMENT
CORPORATION

Dated: June 30, 2014

By: _____
Defendant


MICHAEL B. ALLEN LAW GROUP, INC.

Dated: June 2, 2014
~July~

By: _____
Grant H. Baker
Former Attorneys for Defendants
PARK PLAZA TOWERS OWNERS
ASSOCIATION, JOSEPH SCHREURS,
CYNTHIA SCHREURS, LADONNA
HORWITZ, NYLA STARR, JULIE
ROBLES, TRACY FALLON, NORMA
BERLINER-SALTZ, TIM HO, DENNIS
GALE, DAVID BEHLING, BEHLING
PROPERTY MANAGEMENT
CORPORATION


KLINEDINST PC

Dated: June ___, 2014

By: _____
Natalie P. Vance
Lindsey N. Heaton
New Attorneys for Defendants
PARK PLAZA TOWERS OWNERS
ASSOCIATION, JOSEPH SCHREURS,
CYNTHIA SCHREURS, LADONNA
HORWITZ, NYLA STARR, JULIE
ROBLES, TRACY FALLON, NORMA
BERLINER-SALTZ, TIM HO, DENNIS
GALE, DAVID BEHLING, BEHLING
PROPERTY MANAGEMENT
CORPORATION

- 4 -

1     IT IS SO ORDERED, provided, however, that the substitution shall not, by itself,

2   constitute good cause to modify the dates and deadlines in the Pretrial Preparation Order.

3   Dated:  July 7, 2014

4                                                        _____

5   15930917v1                                           The Honorable Maxine M. Chesney
                                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 5 -