1  Natalie P. Vance, Bar No. 206708
   Lindsey N. Heaton, Bar No. 269688
2  KLINEDINST PC
   801 K Street, Suite 2100
3  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
4  nvance@klinedinstlaw.com
   lheaton@klinedinstlaw.com
5
   Attorneys for Defendants
6  PARK PLAZA TOWERS OWNERS
   ASSOCATION, JOSEPH SCHREURS,
7  LADONNA HORWITZ, NYLA STARR,
   SHERRY BERENSTEIN, JULIE ROBLES,
8  CYNTHIA SCHREURS, TRACY FALLON,
   NORMA BERLINER-SALTZ, TIM HO,
9  DENNIS GALE, DAVID BEHLING, and
   BEHLING PROPERTY MANAGEMENT
10 CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK JOHN MC ERLAIN,<br><br>Plaintiff,<br><br>v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCATION, JOSEPH SCHREURS, LADONNA HORWITZ, NYLA STARR, SHERRY BERENSTEIN, JULIE ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE, DAVID BEHLING, BEHLING PROPERTY MANAGEMENT CORPORATION, a California corporation, and Does One through Fifty,<br><br>Defendants. | Case No.    3:13-CV-3232-MCC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SHERRY BERENSTEIN AND [PROPOSED] ORDER THEREON**<br><br>Courtroom:        7<br>Judge:              Maxine M. Chesney<br>Complaint Filed:  7/16/2013<br>Trial Date:        2/19/2015 |

- 1 -

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  TAKE NOTICE THAT Defendant, SHERRY BERENSTEIN, hereby makes the

3  following substitution:

4  1. Former legal representative: Grant H. Baker, Esq., Michael B. Allen Law Group,

5  Inc., 520 South El Camino Real, Ste. 840, San Mateo, CA 94402, (650) 347-5000 (telephone),

6  (650) 340-6350 (facsimile), grant@mballenlaw.com (email); and

7  2. New legal representative: Natalie P. Vance, Esq. and Lindsey N. Heaton, Esq.,

8  Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

9  (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

10  (email).

11  The undersigned consent to the substitution and certify that this substitution will not

12  delay the proceedings in this matter:

SHERRY BERENSTEIN

Dated: July 3, 2014          By:  /s/ Sherry Berenstein
                                  Defendant


MICHAEL B. ALLEN LAW GROUP, INC.

Dated: July 7, 2014          By:  /s/ Grant H. Baker
                                  Grant H. Baker
                                  Former Attorneys for Defendant
                                  SHERRY BERENSTEIN

27  //

28  //

KLINEDINST PC

Dated: July     , 2014           By:   /s/ Natalie P. Vance
                                       Natalie P. Vance
                                       Lindsey N. Heaton
                                       New Attorneys for Defendant SHERRY
                                       BERENSTEIN

  IT IS SO ORDERED, provided, however, that the substitution shall not, by itself, constitute good cause to modify the dates and deadlines in the Pretrial Preparation Order.

Dated: July 9, 2014

_____
The Honorable Maxine M. Chesney
United States District Judge

15955514v1