IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN MCERLAIN,<br><br>    Plaintiff,<br>  v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>    Defendants. | No. C-13-3232 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; DIRECTIONS TO PLAINTIFF** |

Before the Court is plaintiff's "Motion for Leave to File a Motion for Reconsideration of August 12, 2014 Order Granting Motion for Judgment on the Pleadings," filed September 4, 2014. Having read and considered the motion, the Court rules as follows.

Good cause appearing, to the extent the motion seeks leave to file a motion for reconsideration of the August 12, 2014 order, the motion is hereby GRANTED, and plaintiff is hereby DIRECTED to file his motion for reconsideration no later than September 19, 2014.

In light of the above, to the extent the motion seeks, in the alternative, an order certifying the August 12, 2014 order as appropriate for interlocutory appeal, the motion is hereby DENIED as premature.

**IT IS SO ORDERED.**

Dated: September 9, 2014

                                              MAXINE M. CHESNEY
                                              United States District Judge